**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: January 19, 2010**

_____

BK0907081
(sjb)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

| | | |
|---|---|---|
| IN RE: | : | |
| | | Case No. 09-63502 |
| Andrea M. Fuchs | : | |
| Scott J. Fuchs | | Chapter 7 |
| | : | Judge HOFFMAN |
| Debtors | : | |
| | : | **ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET #11) FOR PROPERTY LOCATED AT (4722 LARKIN DRIVE, COLUMBUS, OH 43231)** |

This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by US Bank, NA on December 22, 2009 as document number 11.

Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and the Notice required by LBR 9013-1(a). No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 4722 Larkin Drive, Columbus, OH 43231.

**IT IS THEREFORE ORDERED:**

The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

**SO ORDERED.**

/s/ Michael R. Proctor
Ohio Supreme Court #0076240
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 412-6600, ext. 3224
(513) 354-6464 fax
sohbk@lsrlaw.com

Copies to:

DEFAULT LIST

###